

FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2022
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 12-00503-MWF-12 |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DETENTION AFTER HEARING** |
| Steve Johnson, | [Fed.R.Crim.P. 32.1(A)(6); 18 U.S.C. § 3143(A)] |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of California</u> for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>failure to remain in contact with probation; failure to interview with Pretrial Services</u>

and/or

B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _Substance abuse; criminal history_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 10/19/2022

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE